# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH GOULD.<br><br>　　　　Defendant. | Case No. 1:25-mc-00066-JLT-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT GOULD'S MOTION TO QUASH WRIT OF CONTINUING GARNISHMENT BE DENIED**<br><br>(Doc. 23.) |

　　　　Plaintiff the United States of America issued a writ of continuing garnishment against Defendant Kenneth Gould seeking to garnish certain property that Mr. Gould had an interest in. (Doc. 1.) Mr. Gould filed a motion to quash this writ of continuing garnishment issued against some of his accounts. (Doc. 8.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 3, 2025, the assigned magistrate judge entered findings and recommendations, recommending that Mr. Gould's motion to quash the writ of continuing garnishment be denied. (Doc. 23.) No objections were filed and the time to do so has passed.

　　　　According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 13, 2025, are **ADOPTED IN FULL**. (Doc. 23.)
2. Debtor's motion to quash writ of continuing garnishment (Doc. 9.) be **DENIED.**
3. The Clerk of Court be directed to enter a final order of garnishment.

IT IS SO ORDERED.

Dated:    **November 5, 2025**

UNITED STATES DISTRICT JUDGE

2