IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KENNETH GOULD,<br><br>       Debtor.<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>       Garnishee. | Case No. 1:25-MC-00066 JLT EPG<br><br>**[~~PROPOSED~~] FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:21-CR-00243 JLT SKO |

On November 6, 2025, this Court entered an order adopting in full the magistrate judge's findings and recommendations and recommending that Kenneth Gould's motion to quash this writ of garnishment be denied.  (Doc. 25.)  Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Garnishee Raymond James & Associates, Inc., is directed to pay the Clerk of the United States District Court all of the funds held by Garnishee within fifteen (15) days of the filing of this Final Order of Garnishment.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (1:21-CR-00243-JLT-SKO) shall be stated on the payment instrument;

    3.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

    4.    The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated: __November 12, 2025__

*[signature]*
UNITED STATES DISTRICT JUDGE